KENJI M. PRICE #10523
United States Attorney
District of Hawaii

JEREMY J. BUTLER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: Jeremy.Butler@usdoj.gov

Attorneys for Defendant
CMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RAYMOND KIM and BEATRICE KIM, individually, and RAYMOND KIM, as representative of the estate of BRIAN KIM,,<br><br>Plaintiff,<br><br>v.<br><br>QUEENS MEDICAL CENTER, a Hawaii Corporation; LEON LIEM, M.D., individually; JENNIFER MORAN, APRN; and JOHN l-10; JANE DOES 1-10; DOE PARTNERSHIPS l-10; DOE CORPORATIONS 1-10; DOE LIMITED LIABILITY COMPANIES l-10; DOE ENTITIES l-10; and DOE GOVERNMENT ENTITIES 1-10,<br><br>Defendants. | CIVIL NO. 19-00463<br><br>(Civil No. 15-1-1990-10 JCM, First Circuit Court, State of Hawaii)<br><br>NOTICE OF REMOVAL OF CIVIL ACTION; EXHIBIT "A"; CERTIFICATE OF SERVICE |

NOTICE OF REMOVAL OF CIVIL ACTION

Comes now, Defendant CMS, by and through its undersigned attorneys, Kenji M. Price, the United States Attorney for the District of Hawaii and Assistant United States Attorney Jeremy J. Butler, and sets forth the following facts on their behalf:

1. On July 22, 2019, Plaintiffs Raymond Kim and Beatrice Kim, through their counsel ("Plaintiffs" or "Kim"), filed a Motion to Find CMS/Medicare Lien Non-Recoverable against Defendant Centers for Medicare and Medicaid Services (CMS), in the First Circuit Court, State of Hawaii. This Court action is numbered Civil No. 15-1-1990-10 JCM.

2. A copy of the Motion relating to the First Circuit Court action regarding said Defendant was provided to the United States Attorney on or about July 22, 2019. A copy of the Motion is attached hereto as Exhibit "A".

3. In the Motion, Plaintiffs seek a judgment from the state court that federal lien is not recoverable; in other words, they seek to strip the lien.

4. This notice of removal is filed pursuant to 28 U.S.C. § 1442(a)(1). Defendant CMS, which is part of the Department of Health and Human Services of the United States.

WHEREFORE, Defendant gives notice that the above-action now pending against it in the First Circuit Court, State of Hawaii, is removed therefrom to this court.

DATED: August 29, 2019, at Honolulu, Hawaii.

                    KENJI M. PRICE
                    United States Attorney
                    District of Hawaii

                      /s/ Jeremy J. Butler
                  By_____
                    JEREMY J. BUTLER
                    Assistant U.S. Attorney

                    Attorney for Defendant
                    CMS

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served at his last known address:

<u>Served by First Class U.S. Mail</u>:

MARK D. KAMITOMO, ESQ.
421 West Riverside Avenue, Suite 1060
Spokane, WA 99201

KEVIN P.H. SUMIDA, ESQ.
STEPHEN K. ROY, ESQ.
735 Bishop Street, Suite 411
Honolulu, Hawai'i 96813

Attorneys for Plaintiffs

DATED:  August 29, 2019, at Honolulu, Hawaii.


/s/ Valerie Domingo
_____
U.S. Attorney's Office
District of Hawaii